# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SETH LIPSCOMB, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-CV-1767-SMY-RJD |
| WARDEN THOMPSON and JOHN DOE, | ) ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 17), recommending that Defendant Thompson's Motion to Dismiss (Doc. 15) be granted. No objections to the Report have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff has failed to prosecute this action. The Court finds no error with Judge Daly's findings, analysis or conclusions, and adopts her Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Dismiss is **GRANTED** (Doc. 15) and this case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to close this matter accordingly.

**IT IS SO ORDERED.**

**DATED: February 27, 2019**

**s/ Staci M. Yandle**
**STACI M. YANDLE**
**United States District Judge**
